UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-21147-CIV-MORENO

CRISTIAN JOSE FUENTES,

    Plaintiff,

vs.

URBIBENS BUILDERS AND CONTRACTORS CORP. and MARLON ROSALES,

    Defendants.
_____/

### ORDER TO SHOW CAUSE AS TO DEFENDANT ROSALES

THIS CAUSE came before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record, and the last recorded date of various proceedings. It appears that Plaintiff filed the complaint on **March 27, 2018** and service of the summons and complaint has not been executed on Defendant Rosales as of the date of this order. Therefore, it is

ADJUDGED that Plaintiff shall file a response with the Court no later than **July 10, 2018** to show cause why Defendant Rosales should not be dismissed for failure to serve the summons and complaint upon Defendant Rosales within 90 days after the filing of the complaint pursuant to Federal Rule of Civil Procedure 4(m). If Plaintiff fails to file such response, then the Court may dismiss Defendant Rosales.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th of June 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record