UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-21147-CIV-MORENO**

CRISTIAN JOSE FUENTES,

    Plaintiff,

vs.

URBIBENS BUILDERS AND
CONTRACTORS CORP. and MARLON
ROSALES,

    Defendants.
_____/

### ORDER DENYING EXTENSION OF TIME TO SERVE DEFENDANT ROSALES

THIS CAUSE came before the Court upon Plaintiff's Motion for Enlargement of Time to Serve Defendant Rosales **(D.E. 11)**, filed on **June 25, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. Proof of service, as to Defendant Rosales, must be filed on the docket no later than **July 10, 2018**. Failure to comply may result in dismissal.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd of July 2018.

                                                   FEDERICO A. MORENO
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record