UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-21147-CIV-FAM

CRISTIAN JOSE FUENTES,
and all others similarly situated under
29 U.S.C 216(b)

PLAINTIFFS

v.

URBIBENS BUILDERS AND
CONTRACTORS CORP,
MARLON ROSALES.

DEFENDANTS

**PLAINTIFF'S RESPONSE TO  ORDER TO SHOW CAUSE AS TO FAULURE TO
SERVE INDIVIDUAL DEFENDANT MARLON MORALES AND MOTION FOR
RECONSIDERATION ON ORDER ENTERED ON [D.E] 13**

**COME(S) NOW,** PLAINTIFF, through the undersigned attorney and respectfully

prays and states:

1) On March 27th, 2018, Plaintiff filed his complaint against defendants Urbibens

Builders and Contractors Corp. and Marlon Rosales.

2)  On that same day the Clerk of Court issued the summons against both defendants.

3) On June 25th , 2018 Plaintiff filed a motion for enlargement to serve the individual

defendant Marlon Rosales. [D.E 11].

4) On July 2nd, 2018, the Court entered an Order requesting plaintiff to show cause on

why Defendant Rosales may be dismissed for failure to serve the summons and complaint

upon defendant Rosales under the 90 days required pursuant to the Federal Rule of Civil Procedure 4(m). [D.E. 12].

5) The next day after the Court entered its order to show cause, the Court entered another Order Denying Plaintiff's motion for enlargement. [D.E.13].

6) It is Plaintiff's position that the Order to show cause is answered by his motion for enlargement. The main reason why the plaintiff has not been able to serve Defendant Rosales is because the process server has tried five different addresses and has not been able to properly serve the individual defendant.

7) Attached to this motion is a sworn affidavit from the process server with including in detail all of the failed attempts by the process server. See attached.

8) The filing of this motion shows cause for the Order entered on [D.E. 12] and as a remedy of such, request the Court for an additional 30 days to serve Defendant Rosales.

## MEMORANDUM OF LAW

9) Under Federal Rule of Civil Procedure 4(m) "if the defendant is not served within 90 days after the complaint is filed, on motion or on its own after notice to the plaintiffs-must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the *plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period*". Fed. R. Civ. P. 4(m). Plaintiff has shown due diligence in trying to serve individual Defendant Rosales and believes 30 additional to serve Mr. Rosales can help Plaintiff in finishing service.

10) A motion *for reconsideration* may be granted upon the showing of one of three grounds: namely, "(1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or manifest injustice." *Lewis v. Michaels Stores,*

*Inc., 2007 U.S. Dist. LEXIS 82700 (M.D. Fla. Nov. 7, 2007* (citations omitted).  Since Plaintiff

has shown cause by its due diligence search of Defendant Rosales, the Court can reconsider its

previous Order in [D.E. 13].

11) Plaintiff has shown good cause under the Local Rules for the Southern District of

Florida and Federal Rules of Civil Procedure.

**WHEREFORE,** we respectfully request this Honorable court to grant; 1) an additional

thirty (30) days to serve individual defendant MARLON ROSALES and 2) take notice of

being in compliance with the Order to show cause entered on [D.E. 12]

## <u>CERTIFICATE OF CONFERRAL</u>

At the date this motion is filed, no counsel has appeared on behalf of the defendant.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida
33141 Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Alejandro G. Martinez-Maldonado
Alejandro G. Martinez-Maldonado, Esq.
Email: Martinez.zidelllaw@gmail.com
Florida Bar Number: 0108112

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE
FOREGOING WAS SENT VIA CM/ECF ON 7/10/18 TO:

ALL CM/ECF PARTICIPANTS

By: /s/ Alejandro G. Martinez-Maldonado
Alejandro G. Martinez-Maldonado, Esq.